**Tracey Ann STERLING, Respondent**

v.

**Kai Ward LYMAN, Petitioner.**

Tracey Ann Sterling, Respondent

v.

Kai Ward Lyman, Petitioner.

Supreme Court of Pennsylvania.

June 15, 2016.

## ORDER

PER CURIAM.

**AND NOW,** this 15th day of June, 2016, the Petition for Allowance of Appeal and "Petition Vacate, Remand, and/or Stay Family Court Orders Based on Its Recent Orders" are DENIED.

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Michael Leon HALEY Sr., Petitioner.**

Supreme Court of Pennsylvania.

June 15, 2016.

## ORDER

PER CURIAM.

**AND NOW,** this 15th day of June, 2016, the Petition for Allowance of Appeal and Application for Leave to File Post–Submission Communication are **DENIED.**